UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV25-5993-JPR | Date | September 4, 2025 |
|---|---|---|---|
| Title | Alberto Diaz v. Nissan North America, Inc. et al. | | |

| Present: The Honorable | Jean P. Rosenbluth, United States Magistrate Judge |
|---|---|

| Bea Martinez | CS 9/4/2025 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Nicolas M. Lee | Keith Stafford |
| | Brady O'Bryan |

**Proceedings:**   (In Court): Plaintiff's Motion to Remand Case

   Case is called. Counsel make their appearances. Court addresses parties. Argument heard.

   The Court GRANTS Plaintiff's unopposed request for judicial notice, noticing the case decisions he cited but not his discussion of those cases. After hearing argument, the Court takes Plaintiff's motion for remand under submission. A separate order will issue.

_____ : 25

Initials of Preparer   bm